IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| CASSANDRA ADAMS,            )<br>        Plaintiff,           )<br>                             )<br>vs.                          )<br>                             )<br>CHRISTINE C. HERNANDEZ, et al., )<br>        Defendants.         ) | CIVIL ACTION NO. 24-00163-KD-B |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b), Fed. R. Civ. P. 72, and S.D. Ala. GenLR 72(a) and dated August 5, 2024, (Doc. 6), is **ADOPTED** as the opinion of this Court.

Accordingly, this action is **DISMISSED without prejudice** pursuant to Federal Rule of Civil Procedure 41(b) and this Court's inherent authority for Plaintiff's failure to prosecute, and her failure to obey this Court's order by timely filing a complying amended complaint and either paying the filing fee or filing a new motion to proceed without prepayment of fees as directed.

**DONE and ORDERED** this **28th** day of **August 2024**.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE