# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| CASSANDRA ADAMS,  )  <br>    Plaintiff,             )  <br>                                  )  <br>vs.                           )   CIVIL ACTION NO. 24-00163-KD-B  <br>                                  )  <br>CHRISTINE C. HERNANDEZ, et al., )  <br>    Defendants.         ) | |

## JUDGMENT

In accordance with the Order issued on this date, it is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED without prejudice**.

DONE and ORDERED this **28th** day of **August 2024**.

/s/ Kristi K. DuBose
 KRISTI K. DuBOSE
**UNITED STATES DISTRICT JUDGE**